NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-0238

GOLDIE JACK

VERSUS

ALBERTO-CULVER USA, INC.

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT,
PARISH OF EVANGELINE, NO. 66,988-B,
HONORABLE THOMAS FUSELIER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

JIMMIE C. PETERS
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Jimmie C. Peters, and Billy H. Ezell, Judges.

AFFIRMED.

Anthony C. Dupré
Attorney at Law
Post Office Drawer F
Ville Platte, LA  70586
(337) 363-3804
COUNSEL FOR PLAINTIFF/APPELLEE:
    Goldie Jack

Michael E. Parker
Allen & Gooch
Post Office Drawer 3768
Lafayette, LA  70502-3768
(337) 291-1350
COUNSEL FOR DEFENDANT/APPELLANT:
    Alberto-Culver USA, Inc.